### ERNST AND ERNST v. ALLEN, RECEIVER.

[No. 11,232. Filed May 16, 1922. Rehearing denied October 6, 1922.]

From Huntington Circuit Court; *George W. Eberhart,* Judge.

Action between Ernst and Ernst and Eli E. Allen, receiver. From the judgment rendered, the former appeals. *Affirmed.*

*John W. Becker* and *Cline & Cline,* for appellant.
*Lucas & Spencer* and *Eben Lesh,* for appellee.

PER CURIAM.—Judgment affirmed.

### PADGETT ET AL. v. ENTERPRISE COAL MINING COMPANY.

[No. 11,456. Filed October 24, 1922.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Clara Padgett and others against the Enterprise Coal Mining Company. From an order denying compensation, the applicants appeal. *Affirmed.*

*Walter F. Wood,* for appellants.
*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor* and *George W. Buff,* for appellee.

REMY, J.—Affirmed on authority of *In re Stewart* (1920), 72 Ind. App. 463, 126 N. E. 42.

### KASSEL v. REITZ.

[No. 11,372. Filed October 26, 1922.]

From Vanderburgh Superior Court; *Robert J. Tracewell,* Judge.

Action between Abe Kassel and Louise Reitz. From the judgment rendered, the former appeals. *Affirmed*

*Edwin C. Henning,* for appellant.
*Albert J. Veneman, William C. Welborn* and *Louis L. Roberts,* for appellee.

PER CURIAM.—Judgment affirmed.